UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILAGROS SENIOR, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                           Plaintiffs,

                                v.

AGNES SCOTT COLLEGE, INC.,

                           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-8392

**<u>NOTICE OF VOLUNTARY
DISMISSAL</u>**

        Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, AGNES

SCOTT COLLEGE, INC., with prejudice and without fees and costs.

Dated:  New York, New York
        October 31, 2022

                                        **GOTTLIEB & ASSOCIATES**

                                        */s/Michael A. LaBollita, Esq.*

                            Michael A. LaBollita, Esq., (ML-9985)
                                    150 East 18th Street, Suite PHR
                                         New York, NY 10003
                                      Phone: (212) 228-9795
                                          Fax: (212) 982-6284
                               Michael@Gottlieb.legal

                                         *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge